JEROME SCHREIBSTEIN (SBN 154051)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiff
CRYSTAL LEWIS

CHARLES STEVEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540 – 9685
Attorneys for Plaintiff
CRYSTAL LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CRYSTAL A. LEWIS,<br><br>        Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>        Defendant. | CASE NO. C 03-4403 JSW<br><br>[PROPOSED] ORDER ENTERING STIPULATION PROTECTING PARTIES' CONFIDENTIAL INFORMATION AND ALLEGED TRADE SECRETS,<br>(RULE 26(c)(7))<br><br>Hon. Jeffrey S. White<br><br>TRIAL DATE: December 5, 2005 |

[PROPOSED] ORDER ENTERING STIPULATION
LEWIS v. BAYER, et al., CASE NO. C 03 4403 JSW

1  The Court, having read the Stipulation Protecting Parties' Confidential Information And
2  Alleged Trade Secrets under FRCP Rule 26(C)(7) ("Stipulation") filed concurrently herewith, and
3  good cause appearing therefor,
4  IT IS ORDERED that the Stipulation be adopted in its entirety as though more fully set
5  forth herein.

7  Dated: __May 31_____, 2005

10  ___/s/ Jeffrey S. White_____
    HON. JEFFREY S. WHITE
    DISTRICT COURT JUDGE

12  31540v1

[PROPOSED] STIPULATION GRANTING ORDER
LEWIS v. BAYER, et al., CASE NO. C 03 4403 JSW - 1