JEROME SCHREIBSTEIN (SBN 154051)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

CHARLES STEVEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540–9685

Attorneys for Plaintiff
CRYSTAL LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CRYSTAL A. LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BAYER HEALTHCARE LLC,<br><br>　　　　　　Defendant. | CASE NO. C 03-4403 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR COMPLETION OF ADR PROCESS AND FOR CLOSE OF NON-EXPERT DISCOVERY**<br><br>**Hon. Jeffrey S. White**<br><br>**TRIAL DATE: December 5, 2005** |

STIPULATION AND [PROPOSED] ORDER GRANTING ONE WEEK EXTENSION OF TIME FOR
COMPLETION OF ADR PROCESS AND FOR CLOSE OF NON-EXPERT DISCOVERY
CASE NO. C-03-4403 JSW

Plaintiff Crystal A. Lewis ("plaintiff") and defendant Bayer Healthcare LLC ("Bayer"), through their respective counsel, hereby stipulate as follows:

WHEREAS Bayer has agreed to grant plaintiff an extension up to and including June 13, 2005 to respond to Bayer's outstanding discovery; and

WHEREAS plaintiff has agreed to grant Bayer an extension up to and including June 20, 2005 to respond to plaintiff's outstanding discovery; and

WHEREAS both parties have agreed to vacate the current ADR date of June 15, 2005 and have agreed instead that the last date by which to complete the ADR process is July 25, 2005;

IT IS HEREBY STIPULATED between the parties that there shall be a one-week extension of time, from September 9 to September 16, 2005, by which to complete non-expert discovery.

**IT IS SO STIPULATED.**

DATED: June 9, 2005          MOORE & MOORE

                             By:   s/Howard Moore, Jr.
                                   HOWARD MOORE, JR.
                                   Attorneys for Plaintiff

DATED: June 9, 2005

                             By:   s/Charles Stephen Ralston
                                   CHARLES STEPHEN RALSTON
                                   Attorneys for Plaintiff

DATED: June 9, 2005          THE LOUDERBACK LAW FIRM

                             By: s/ Jerome Schreibstein
                                   JEROME SCHREIBSTEIN
                                   Attorneys for Defendant
                                   BAYER HEALTHCARE LLC

STIPULATION AND [PROPOSED] ORDER GRANTING ONE WEEK EXTENSION OF TIME OF
CLOSE OF NON-EXPERT DISCOVERY
CASE NO. C-03-4403 JSW - 1

1  Having read the Stipulation filed herewith and good cause appearing therefor,
2  IT IS ORDERED that the time to complete the ADR process is extended to July 25, 2005 and the
3  close of non-expert discovery is extended to September 16, 2005.

5  DATED: __June 9__, 2005

By: /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER GRANTING ONE WEEK EXTENSION OF TIME OF
CLOSE OF NON-EXPERT DISCOVERY
CASE NO. C-03-4403 JSW - 2