```
JEROME SCHREIBSTEIN (SBN 154051)
TERESA McLOUGHLIN RICE (SBN 157175)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
```

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CRYSTAL A. LEWIS,<br><br>  Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>  Defendant. | CASE NO. C-03-4403 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS TO JEROME SCHREIBSTEIN DECLARATION ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [Civil Local Rules 7-11, 79.5(a), (b)]**<br><br>**DATE:**  October 28, 2005<br>**TIME:**  9:00 a.m.<br>**COURTROOM:** 2, 17th Floor<br>**Honorable Jeffrey S. White** |

On September, 23, 2005, this Court received the Notice of Administrative Motion and Motion of Bayer HealthCare LLC ("Bayer") to File Under Seal Confidential Exhibits to the Jerome Schreibstein Declaration on Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Administrative Motion"). The Administrative Motion was properly brought pursuant to Civil Local Rules 7-11, 79.5(a), (b).

////

---

1

ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS TO JEROME SCHREIBSTEIN DECLARATION ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; Case No. C-03-4403 JSW

Having read all the papers submitted therewith and otherwise with respect to said Administrative Motion, and good cause appearing therefore, IT IS HEREBY ORDERED ADJUDGED AND DECREED:

1. The Administrative Motion is granted,

2. Bayer is granted permission to file under seal those documents designated as confidential, specifically Defendant's Exhibits 3, 5, 7, 9, 20 and 24 to the deposition transcript of plaintiff Crystal Lewis, and previously lodged with the Clerk as Confidential Exhibits to Declaration of Jerome Schreibstein in Support of Defendant Bayer Healthcare LLC's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Confidential Exhibits") and

3. The Confidential Exhibits shall be sealed by the Clerk.

DATED: September 26, 2005

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Doc#: 33771

---

2
ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS TO JEROME SCHREIBSTEIN DECLARATION ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; Case No. C-03-4403 JSW