1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    CRYSTAL A. LEWIS, et al.,

10            Plaintiffs,                        No. C 03-04403 JSW

11   v.
                                                 **ORDER RE DISCOVERY**
12   BAYER CORPORATION, INC.,                    **DISPUTE RE INDEPENDENT**
                                                 **MEDICAL EXAMINATION**
13            Defendant.
     _____/
14

15          The Court, having received the parties' joint letter regarding Plaintiff's refusal to submit

16   to an Independent Medical Examination ("IME") by an examiner of Defendant's choosing,

17   hereby GRANTS Defendant's request.  Plaintiff shall submit to the IME to be performed by Dr.

18   Randall B. Smith, Ph.D. on October 25, 2005.  There is no dispute between the parties that

19   Plaintiff's mental condition is in controversy.  *See* Fed. R. Civ. P. 35(a).  The Court finds that

20   Plaintiff's objections to the designation of the specific examiner are premature.  In addition, the

21   Court cautions counsel to meet and confer in person in the future to resolve all discovery

22   disputes as required by this Court's standing orders or face monetary sanctions.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  October 14, 2005                    _____
                                                 JEFFREY S. WHITE
27                                               UNITED STATES DISTRICT JUDGE

28

*United States District Court*
For the Northern District of California