JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CRYSTAL A. LEWIS,<br><br>               Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>               Defendant. | CASE NO. C-03-4403 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING SCHEDULE OF DEFENDANT BAYER'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:** October 28, 2005<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** 2, 17th Floor<br>**Honorable Jeffrey S. White** |

---

1

STIPULATION AND [PROPOSED] ORDER REGARDING FILING SCHEDULE OF DEFENDANT BAYER'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; CASE NO. C-03-4403 JSW

WHEREAS, plaintiff's Motion for Extension of Time to File Response to Bayer's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment (hereinafter "the motion" was granted on October 12, 2005 by this Court;

WHEREAS, plaintiff's response to the motion is now due on October 18, 2005 at 5:00 p.m.;

WHEREAS, Bayer's reply to plaintiff's response to the motion is currently due on October, 14, 2005;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Bayer will have until ~~October 25, 2005~~ October 24, 2005 at 5:00 p.m. to file its reply to plaintiff's response to the motion.

**IT IS SO STIPULATED.**

DATED: October 13, 2005          MOORE & MOORE

                                 By: _____/s/_____
                                     HOWARD MOORE, JR.
                                     Attorneys for Plaintiff


DATED: October 13, 2005          THE LOUDERBACK LAW FIRM

                                 By: _____/s/_____
                                     JEROME SCHREIBSTEIN
                                     JAMES T. CONLEY
                                     Attorneys for Defendant
                                     BAYER HEALTHCARE

//
//
//
//

---

2
**STIPULATION AND [PROPOSED] ORDER REGARDING FILING SCHEDULE OF DEFENDANT BAYER'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; CASE NO. C-03-4403 JSW**

IT IS SO ORDERED.

DATED: October 14, 2005

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

---

3
STIPULATION AND [PROPOSED] ORDER REGARDING FILING SCHEDULE OF DEFENDANT BAYER'S
REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
PARTIAL SUMMARY JUDGMENT; CASE NO. C-03-4403 JSW