IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL A. LEWIS, et al.,

    Plaintiffs,

v.

BAYER CORPORATION, INC.,

    Defendant.

                                         /

No. C 03-04403 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, Defendant Bayer Corporation's motion for attorneys' fees is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: November 16, 2005

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

cc: Wings Hom