IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL LEWIS,

       Plaintiff,

  v.

BAYER CORPORATION,

       Defendant.

No. C-03-4403 JSW (EDL)

**ORDER SETTING BRIEFING SCHEDULE**

On January 27, 2006, Defendant filed a declaration of counsel in support of its motion for attorney's fees. Plaintiff may briefly respond to the billing records contained in the declaration no later than February 6, 2006.

IT IS SO ORDERED.

Dated: January 31, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge