IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL A. LEWIS, et al.,

    Plaintiffs,

v.

BAYER CORPORATION, INC.,

    Defendant.

No. C 03-04403 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION TO AWARD REDUCED ATTORNEY'S FEES**

The Court has reviewed Magistrate Judge Elizabeth D. LaPorte's Report and Recommendation regarding Defendant's motion for attorney's fees. The Court has also reviewed the objections filed by Plaintiff on February 27, 2006.

Having considered the Report and Recommendation and Ms. Lewis's objections, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every aspect with the exception of the total amount of fees imposed. Considering Plaintiff's financial circumstances and the fact that costs in the amount of $2,091 have been assessed, the Court concludes that an award of attorney's fees in the amount of $3,000 is appropriate.

**IT IS SO ORDERED.**

Dated: March 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE